**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| BENNETT CARLISE, | : No. 66 WM 2021 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| THE HONORABLE CHRISTINE A. WARD | : |
| OF THE COURT OF COMMON PLEAS OF | : |
| ALLEGHENY COUNTY, PENNSYLVANIA, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2021, the Application for Leave to File Original Process is GRANTED, and the "Petition for Review in the Nature of an Application for a Writ of Prohibition" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.